The President's Address to the United States President-Elect